UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA DEPARTMENT OF FISH AND GAME,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>FEDERAL SUBSISTENCE BOARD; et al.,<br><br>        Defendants - Appellees,<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>        Intervenor-Defendant - Appellee. | No. 24-179<br><br>D.C. No. 3:20-cv-00195-SLG<br>District of Alaska, Anchorage<br><br>ORDER |

Before: BEA, KOH, and SUNG, Circuit Judges.

    Judge Koh and Judge Sung have voted to deny the petition for rehearing en banc. Judge Bea so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the Court has requested a vote on the petition. Fed. R. App. P. 40. The petition for rehearing en banc, Dkt. 53, is **DENIED.**